**Order No. 96–30**
**October 23, 1996**

17660      State v. Siaris      Affirmed